Michael A. SIMPSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 61749.

Missouri Court of Appeals, Western District.

May 20, 2003.

Susan L. Hogan, Assistant State Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Nicole E. Gorovsky, Assistant Attorney General, Jefferson City, Co–Counsel, for Respondent.

Before: HARDWICK, P.J., BRECKENRIDGE and SPINDEN, JJ.

## ORDER

PER CURIAM.

Michael Simpson appeals the denial of his Rule 29.15 motion without an evidentiary hearing. For the reasons set forth in the Memorandum provided to the parties, we affirm. Rule 84.16(b).